# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY

Chambers of
**Edward H. Johnstone**
Senior United States District Judge

April 21, 2004

Federal Building
501 Broadway
Paducah, KY 42001-6801
(270) 443-8273
Fax: (270) 442-7316

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Re:     Amendment to Financial Disclosure Report for the Year 2003

Gentlemen:

In preparing my Financial Disclosure Report for 2003, I found that two purchases made on December 20, 2002 were omitted from the 2002 report dated 4/28/2003.

The following information should have been inserted under VII. INVESTMENTS and TRUSTS on Line 40 and Line 41:

40.  One Group Diversified Equity Fund

    B. (1) (blank)        B. (2) None
    C. (1) J              C. (2) T
    D. (1) Purchase       D. (2) 12/20        D. (3) J

41.  One Group International Equity Index Fund

    B. (1) (blank)        B.2    None
    C. (1) J              C. (2) T
    D. (1) Purchase       D. (2) 12/20        —    D. (3) J

Accordingly, I submit this information as an amendment to my Financial Disclosure Report dated April 28, 2003.

Respectfully submitted



Edward H. Johnstone

| AO-10 |
|---|
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial)  Johnstone, Edward H | 2. Court or Organization  U.S. District Court W.D. Ky | 3. Date of Report  4/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  217 Federal Building  501 Broadway  Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED APR 29 9 20 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Kenutcky Teacher's Retirement Fund Annuity |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Farmers Bk & Tr Co Ck Accts | A | Interest | L | T | | | | | |
| 2. Lake Lot, Canton, Ky ● | | None | K | S | | | | | |
| 3. 1/2 int in oil & gas rgts, land Caldwell Co., Ky | | None | J | W | | | | | |
| 4. IRA Edw D Jones Co, Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 5. EuroPacific Growth Fund | A | Dividend | L | T | | | | | |
| 6. Lockheed Martin common | A | Dividend | K | T | | | | | |
| 7. BellSouth Corp common | B | Dividend | K | T | | | | | |
| 8. Franklin Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 9. Franklin Utility Fund | A | Dividend | J | T | | | | | |
| 10. Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 11. Edw D Jones Tax Free Money Market Acct | A | Interest | J | T | | | | | |
| 12. Capital Income Builders Fund | A | Dividend | K | T | | | | | |
| 13. Univ Ky Rev Rfdg Cons EDL Bldgs Ser MBIA Bd (Due 5-1-07) | A | Interest | J | T | | | | | |
| 14. Lucent Technologies, common | | None | | | Sold | 12/10 | J | A | |
| 15. Agere Systems, Inc Class A | | None | | | Sold | 12/10 | J | A | |
| 16. Agere Systems, Inc Class B | | None | | | Sold | 12/10 | J | A | |
| 17. Princeton, KY Wtr & Swr Rev Bd (Due 8/8) | A | Dividend | J | T | | | | | |
| 18. Chevron Texaco Corp., common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Hewlett Packard | A | Dividend | | | Sold | 12/10 | J | A | |
| 20. Hershey Food Corp. Common | A | Dividend | J | T | | | | | |
| 21. PNC Bank Corp. Common | A | Dividend | J | T | | | | | |
| 22. Greenwood Trust Co. CD (now known as Discover Bank) | A | Interest | | | Redeem | 7/28 | K | A | |
| 23. Providian Nat'l Bk. CD | A | Interest | K | T | | | | | |
| 24. Discover Bank CD due 4/17/05 | A | Interest | K | T | | | | | |
| 25. Corus Bank CD due 5/3/06 | A | Interest | K | T | | | | | |
| 26. MBMA America Bank Due 9/2/07 | A | Interest | K | T | | | | | |
| 27. BANK ONE, TRUSTEE FOR ▉▉▉▉ | | | | | | | | | |
| 28. including the following : | | | | | | | | | |
| 29. -Ky State Tpk Auth Rev Bond (Dtd 1-1-81) | A | Interest | J | T | | | | | |
| 30. -One Group Funds (Large Cap Growth) | | None | N | T | | | | | |
| 31. -One Group Funds (Muni Money Market) | A | Dividend | K | T | | | | | |
| 32. -One Group Funds (Large Cap Value) | A | Dividend | L | T | | | | | |
| 33. -One Group Municipal Ky. Bond Fd | D | Dividend | N | T | | | | | |
| 34. -One Group Mid Cap Growth Fund | | None | K | T | | | | | |
| 35. -One Group Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 36. -One Group Small Cap Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -One Group Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 38. One Gourp Diversified Equity Fund | A | Dividend | J | T | | | | | |
| 39. One Group International Equity Index Fund | A | Dividend | J | T | | | | | |
| 40. MetLife - Whole Life Policies | B | Dividend | L | T | | | | | |
| 41. Dept of Veterans Affairs - GI insurance policies | A | Div / Int | K | T | | | | | |
| 42. ING - Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS**   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____4 − 2 1 − 04____

NOTE: ANY I█████████████████████AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544